IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY VONBERGEN,<br>　　　　*Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE<br>COMPANY | : | |
| 　　　　*Defendant* | : | No. 22-4880 |

### ORDER

AND NOW, this 10th day of January, 2023, upon consideration of the Motion for *Pro Hac Vice* Admission of Julie Singer Brady (Doc. No. 10), it is **ORDERED** that the Motion (Doc. No. 10) is **GRANTED** and Julie Singer Brady, Esquire is admitted in this case *pro hac vice* for Defendant Liberty Mutual Insurance Company. Counsel shall (i) familiarize and comport herself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Alyse F. Stach, Esquire shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Julie Singer Brady, Esquire shall be permitted to participate in all aspects of the instant litigation on behalf of Defendant Liberty Mutual Insurance Company.[1]

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.

1