IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY VONBERGEN,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| LIBERTY MUTUAL INSURANCE COMPANY,<br>*Defendant* | : | No. 22-4880 |

## ORDER

**AND NOW**, this _11th_ day of December 2023, upon consideration of Defendant Liberty Mutual Insurance Company's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 23), Plaintiff Brittany Vonbergen's Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 24), Defendant's Reply Brief in Support of its Motion to Dismiss (Doc. No. 26), both parties' Notices of Supplemental Authority (Doc. Nos. 33, 34, 35, 36, 37, 38, 46, 47, 48, 49, 50, 51, 52, 53, 54, 58), and the arguments made at the oral argument of May 5, 2023 (Doc. No. 27), it is hereby **ORDERED** that:

1. Defendant Liberty Mutual Insurance Company's Motion to Dismiss (Doc. No. 23) is **DENIED WITHOUT PREJUDICE** and

2. The parties shall conduct limited jurisdictional discovery for a period of thirty (30) days from the entry date of this Order.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**