**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRITTANY VONBERGEN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY,** | : | **No. 22-4880** |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 17th day of April 2024, upon consideration of Defendant's Motion to Stay Pending Third Circuit Appeal (Doc. No. 66), Plaintiff's Brief in Opposition to Defendant's Motion to Stay (Doc. No. 69), and Defendant's Reply in Support of the Motion to Stay (Doc. No. 71), for the reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Stay Pending Third Circuit Appeal (Doc. No. 66) is **GRANTED**.

2. All proceedings in the above-captioned matter are **STAYED** pending the decision of the Third Circuit Court of Appeals in *In re: BPS Direct LLC* (3d Cir. Case No. 23-3235).

3. The parties shall, within ten (10) days of the filing of a final decision by the Third Circuit Court of Appeals in *In re: BPS Direct LLC*, submit a joint status update alerting the Court to the appellate court's final decision.

**BY THE COURT:**

**s/ Gene E.K. Pratter**
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**