IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRITTANY VONBERGEN,** individually and on behalf of all others similarly situated, *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : | |
| **LIBERTY MUTUAL INSURANCE COMPANY,** *Defendant.* | : : : | NO. 22-cv-04880 |

## O R D E R

**AND NOW,** this **28th day** of **May 2024**, after review of the docket and the above-captioned matter having been reassigned to my docket (ECF No. 74), it is hereby **ORDERED** that:

1. The above-captioned action shall remain **STAYED**, as ordered by the Court on April 17, 2024 (ECF No. 73).

2. The Clerk of Court shall **CLOSE** the above-captioned action.

3. On or before **June 11, 2024**, and every thirty days thereafter, the parties shall file a joint status report regarding the decision of the Third Circuit Court of Appeals in *In re: BPS Direct LLC* (3d Cir. Case No. 23-3235), as ordered on April 17, 2024 (ECF No. 73).

4. **The parties are to motion the Court to open the case when the case is ready and able to move forward.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**