**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TAMER ELSAYED, individually and on behalf of all others similarly situated,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 22-4880** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** *Defendant.* | : | |

**ORDER**

**AND NOW**, this **20th** day of **October 2026**, upon consideration of Defendant Liberty Mutual Insurance Company's Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion") (ECF No. 109), Plaintiff's Notice of Non-Opposition to Defendant's Motion to Dismiss (ECF No. 110), Defendant Liberty Mutual Insurance Company's Response to Plaintiff's Notice of Non-Opposition (ECF No. 112), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 109) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Plaintiff's Second Amended Complaint (ECF No. 107) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.
3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**